New Jersey State Prison-Main
  Trenton, NJ
  Fax:

March 2, 2018
Page 1
Consultation Report

**TREMAYNE DURHAM**
Male  DOB:11/04/1974  Booking #:647007  SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

RECEIVED

JAN - 2 2024

AT 8:30_____
CLERK, U.S. DISTRICT COURT

**01/03/2018 - Consultation Report: NEUROSURGERY CONSULTATION**
**Provider: Ihuoma Nwachukwu, MD**
**Location of Care: NJ Department of Corrections**

NEUROSURGERY CONSULTATION

01/03/2018

RE:   TREMAYNE DURHAM
DOB:   11/04/1974
SBI#:   OS01613467
Ordering Provider:   cmsnwa3

This inmate was evaluated at the clinic on January 3, 2018.  He complained of low back pain which has been going on for many years.  There are no complaints of leg pains or paresthesias.

On examination, I find no neurological impairment.  There is some limited range of motion in the lumbar spine in all directions secondary to discomfort.

I personally reviewed an MRI scan of his lumbar spine and see lateral facet hypertrophy which is causing some impingement of the lumbar roots.

It is my impression that this inmate has lumbar stenosis.

My recommendation is use of nonsteroidal anti-inflammatories.  He should avoid impact aerobics.  Stretching exercises and flexion will be of benefit.  This all may be done at physical therapy or on his own.  If his symptoms do not improve, he would be a good candidate for lumbar epidural steroid injections.

Francis J. Pizzi, MD

mts/1630604/31

Electronically Signed by Ihuoma Nwachukwu, MD on 01/07/2018 at 11:56 PM

New Jersey State Prison-Main
, Trenton, NJ,

03/23/2022
Page 1 of 1
Referral Form

# Referral Form

| Ordering Provider: | COZ9EC6<br>Rose Amazan, APN | Service Provider: | NJDOC Consultant<br>NJDOC |
|---|---|---|---|
| Phone:<br>Fax: | | Phone:<br>Fax: | |

| Patient Name: | TREMAYNE DURHAM | DOB: | 11/4/1974 | Age: | 47 |
|---|---|---|---|---|---|
| Address: | NJSP-WEST-1 RIGHT-FLATS-CELL 05 | Sex: | M | SSN: | 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 |

Resp. Provider:

SBI#  OS01613467
Booking  647007

Primary Insurance
Company:      NJDOCIC
Plan:          NJDOCIP
Group #:
Policy #:
Insured Party:

| Code | Description |
|---|---|
| REF019 | Other Consult |

Auth#: INTERSTATE
Maximum Vists: 0
Start Date: 3/17/2022  12:00:00AM End Date: 05/16/2022
Duration: 60 Days
Reason: Specify: Pain management:
Reason: 47 year old male with history of chronic back pain, c/o of severe lower back pain radiated to his legs. MRI done 10/2020 revealed Progressive degenerative disc disease at L4-L5 compared to 11/30/2017.
Patient was seen by neurosurgery in 2018. Per Neurosurgery report, there is some limited range of motion in the lumbar spine in all directions. Lateral facet hypertrophy is causing some impingement of the lumbar roots. Neurosurgery recommended patient to have Physical Therapy, however, if his symptoms persist, he is to have steroid injection. Patient was discharged from PT on 5/2019 after showing no improvement with his pain. He continues to c/o worsening symptoms. His return to neurosurgery was imparted by the pandemic. On 1/2/2022, patient was sent to ER after he fell further injurying his low back. Per patient, his back and legs gave out while taking a shower. Over the past years, patient has been seen in medical for his chronic back pain with acute excercebations. He continues to show no improvement with the various pain regimen given. He has progressed to the use of cane to aid his ambulation. He reported having difficulties with ADLs due to pain and instability while making a reference to his most recent fall and concern of another fall.
He will benefit from pain management evaluation for some relief of his pain which may make it possible for him to participate in physical therapy for further improvement.

Criteria met by the utilization management physician advisor...............................................................Ihuoma Nwachukwu, MD March 18, 2022 12:18 PM

Admin Comments:

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*June 26, 2023*
Page 1
Diagnostic Report Other

**TREMAYNE DURHAM**
Male  DOB:11/04/1974  Booking #:647007  SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

**06/22/2023 - Diagnostic Report Other: Test Results for MRI**
**Provider: Ashraf Haggag, MD**
**Location of Care: New Jersey State Prison-Main**

## MRI Results
**Lumbar Spine MRI:** Abnormal

**Other MRI results:** Done at CH on 5/19/23
Degenerative lumbar spondylosis and disc disease with moderate spinal stenosis at L3,4 through L5, S1

Full Report is placed with MR

## Orders to be Processed and/or Transcribed

**Electronically Signed by Ashraf Haggag, MD on 06/22/2023 at 11:14 AM**

New Jersey State Prison-Main
, Trenton, NJ,

11/07/2022
Page 1 of 1
Test Form

## Test Form

| Ordering Provider: | Branden Staller, MD | | Service Provider: | Medical Equipment |
|---|---|---|---|---|
| Unique Identifier: | coz1e42 | | | NJDOC |

| Phone: | | Phone: |
|---|---|---|
| Fax: | | Fax: |

| Patient Name: | TREMAYNE DURHAM | | DOB: | 11/4/1974 | Age: | 48 |
|---|---|---|---|---|---|---|
| Address: | NJSP-WEST-1 RIGHT-FLATS-CELL 05 | | Sex: | M | SSN: | |
| Resp. Provider: | | | | | | |

SBI# OS01613467
Booking # 647007

**Primary Insurance**

| Company: | NJDOCIC |
|---|---|
| Plan: | NJDOCIP |
| Group #: | |
| Policy #: | |
| Insured Party: | |

| Code | Description | |
|---|---|---|
| EQ007 | Cane | |
| | Auth#: | |
| | Quantity: | 1 |
| | Start Date: | 11/7/2022 |
| | Priority: | Normal |
| | Instructions: | temp |
| | | 365days |

EXHIBIT B



| | Health Services Unit<br>Internal Management Procedures | Internal Management<br>Procedure<br>MED.IMHC.12 |
|---|---|---|
| | | Page 1 of 3 |

**Internal Management Procedure Title:**

**Orthoses, Prostheses, and Other Aids of Impairment**

| Effective Date:<br>April 1, 2005 | Revised/Reviewed:<br>February 2021 | Authority : NJ DOC PS<br>MED.001.012 |
|---|---|---|

| Promulgating Office: Health Services Unit<br><br>Authentication Statement | Professional Association Standard<br>cited: ACA 4-4375<br>NCCHC P-G-10, **NJAC 10A:16-2.16** |
|---|---|

**Applicability**: This Internal Management Procedure applies to all units of all DOC Institutions.

**Supersedes:**

**Review Schedule:**
This document is scheduled for annual review on or about February 2022.

I  **PURPOSE**

To assure medical and dental orthoses or prostheses and other aids to impairment are provided when the health or ability to perform activities of daily living of the inmate would otherwise be adversely affected.

II  **DEFINITIONS**

**Prosthesis:** An artificial substitute for a missing part of the body is called a prosthetic device, or prosthesis. Prosthetic devices (prostheses) include artificial hands, limbs, eyes, ears, and teeth, as well as replacement materials for the heart, kidneys, skin, and blood. The term may also be applied to such devices as eyeglasses, hearing aids, and pacemakers.

**Orthosis:** An orthopedic appliance used to support, align, prevent, or correct deformities or to improve the function of movable parts of the body. Orthoses include braces, foot inserts or hand splints.

III  **POLICY**

It is the policy of the New Jersey Department of Corrections that orthoses, prostheses, and other aids to impairment such as canes, crutches or wheelchairs will be available when an inmate's health would be adversely affected without such devices. A medical prosthesis will not be replaced

Exhibit B

| Internal Management Procedure Title: | Effective Date April 1, 2005 | Internal Management Procedure MED.IMHC.12 |
|---|---|---|
| Orthoses, Prostheses, and Other Aids of Impairment | Revised/Reviewed February 2021 | Page 2 of 3 |

unless defective or currently inadequate to fulfill its purpose. Medical prostheses will not be prescribed for the primary purpose of cosmetics. Replacement of medical prostheses that are lost, destroyed or confiscated as a result of custody action will not be the responsibility of the medical provider.

Prostheses will be obtained following the established consult process. Removable Dentures will be obtained in accordance with IMP.DEN.012 Removable Dentures.

Orthotics such as orthopedic shoes, boots, etc. determined to be necessary for improvement of medical conditions, such as deformities, missing body parts, short limbs, etc. will be handled by the medical department. These will require the same approval process as other prosthetics. (Boots and shoes needed as a sizing issue (extra wide, extra narrow, extra large, etc. will not be provided by the medical department).

IV    PROCEDURES

A. The primary physician/nurse practitioner/Physicians Assistant/dentist's recommendation for a prosthesis, orthosis, etc. will be noted in the EMR according to the Workflow Manual and in accordance with the established consult process.

B. If the request is approved, the Responsible Health Authority shall arrange for acquisition of the prosthesis, orthosis, etc.

C. When prosthesis, orthosis, etc. is received, the inmate will sign a receipt for the medical product, assuming responsibility for care of the item.

D. The receipt for the medical product will be retained in the Medical Reference File.

Exhibit B-2

| Internal Management Procedure Title:<br><br>Orthoses, Prostheses, and Other Aids of Impairment | Effective Date<br>April 1, 2005<br><br>Revised/Reviewed<br>February 2021 | Internal Management Procedure MED.IMHC.12 |
|---|---|---|
| | | Page 3 of 3 |

## V. FACILITY LEVEL MODIFICATIONS TO STATE-WIDE PROCEDURE
### All Local Facilities follow the State-Wide Procedure as Published
### Except where noted below

ADULT DIAGNOSTIC AND TREATMENT CENTER

BAYSIDE STATE PRISON

EAST JERSEY STATE PRISON

EDNA MAHAN CORRECTIONAL FACILITY FOR WOMEN

GARDEN STATE YOUTH CORRECTIONAL FACILITY

MID-STATE CORRECTIONAL FACILITY

NEW JERSEY STATE PRISON

NORTHERN STATE PRISON

SOUTHERN STATE PRISON

SOUTHWOODS STATE PRISON

WILLIAM H FAUVER YOUTH CORRECTIONAL FACILITY [formerly MOUNTAINVIEW]

Page: 1

| Ref# NJSP22048875 | Housing:NJSP-WEST-1 RIGHT-FLATS-CELL 05 | Date Created:12/12/2022 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Inquiries | Subject:Custody | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*12/12/2022 7:43:56 AM : ( os01613467 ) wrote*
I have a back condition and would like to know if I could use my cane in the yard, gym, messhall.

Communications / Case Actions
*12/17/2022 6:58:45 AM : ( Michael Crawford ) wrote*
that request is not possible based on security concerns, if you want I could move you to 4a or 4c but that would be double lock just let me know

Exhibit C

Page: 1

| Ref# NJSP22051310 | Housing:NJSP-WEST-1 RIGHT-FLATS-CELL 05 | Date Created:12/29/2022 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Grievance | Subject:Administration | Description:ADA |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*12/29/2022 8:31:45 AM : ( os01613467 ) wrote*
I reiterate NJSP22048875 I have a back condition and would like to use my cane in the yard, gym, messhall. I have atrophied and missed meals.

Communications / Case Actions
*12/29/2022 11:23:33 AM : ( Jessica McDuffie ) wrote*
As advised "that request is not possible based on security concerns, if you want I could move you to 4a or 4c but that would be double lock just let me know" If you would like to move to 4A or 4C please advise Lt. Crawford.

*12/31/2022 5:57:45 PM : ( os01613467 ) wrote*
I have a back condition and and would like to use my cane in the yard, gym, messhall. I have atrophied and missed meals. Correctional officers and supervisors have told me I can not use it in these areas.

*12/31/2022 6:00:01 PM : ( Anthony Gangi ) wrote*
You need to take this up with medical and custody. Having that in yard could be a security concern.

Page: 1

| Ref# NJSP23000313 | Housing:NJSP-WEST-1 RIGHT-FLATS-CELL 05 | Date Created:01/03/2023 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Inquiries | Subject:Medical | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*1/3/2023 7:56:27 AM : ( os01613467 ) wrote*
I would like to know if it is possible for me to use my cane in the yard, gym, messhall.

Communications / Case Actions
*1/20/2023 10:23:23 AM : ( Olivia Somuah-Oduro ) wrote*
This is a request for medical care and therefore will be treated as a MR007/sick call slip. You will not be charged a copay, per policy.

Exhibit C-3

Page: 1

| Ref# NJSP23005271 | Housing:NJSP-WEST-1 RIGHT-FLATS-CELL 05 | Date Created:02/03/2023 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Grievance | Subject:Custody | Description:General |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
2/3/2023 9:11:48 AM : ( os01613467 ) wrote
I reiterate NJSP23000313 it was not addressed. I would like to know if I could use my cane in the yard, gym and messhall. Body has atrophied and I have missed meals. Several correctional officers have told me this is not allowed in those areas.

Communications / Case Actions
2/4/2023 12:18:48 PM : ( Michael Crawford ) wrote
a cane is not authorized to be taken to any of those areas, if you need a medical lay in for meals that will have to be through the medical dept

2/5/2023 7:51:17 AM : ( os01613467 ) wrote
The medical department has denied me medical lay in and I was told by medical staff it is up to NJDOC to approve use of my cane in the yard, gym and messhall.

2/5/2023 8:22:43 AM : ( Anthony Gangi ) wrote
For safety and security reasons, a cane can not be authorized in those areas.

Ref# NJSP23005271

EXHIBIT C-4

## DECLARATION OF IRONE WATFORD

I, Irone Watford declare under the penalty of perjury the following is true and correct:

1. I am housed on 1 right housing unit at New Jersey State Prison.
2. On September 23,2023 while on my way to the gym I saw Tremayne Durham attempting to access the rotunda with his cane.
3. He was told by correction officer S. Lewis "canes are not allowed in the gym."
4. Tremayne Durham said to her "I need my cane to walk I have a serious back condition."
5. Correction Officer S. Lewis said "I do not care I said no canes in the gym."
6. Several other correction officers on the rotunda also told him that is the policy no canes in the gym.
7. Tremayne Durham then went back to the unit with his cane.

Date: 9/25/23

Irone Watford
294681/ 405785B
NJSP
P.O. Box 861
Trenton, NJ 08625

Exhibit V

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

## TREMAYNE DURHAM
Male  DOB:11/04/1974  Booking #:647007  SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

**09/23/2023 - Emergency Report: Medical Emergency for lower back pain**
**Provider: Keisha Scott, RN, BSN**
**Location of Care: New Jersey State Prison-Main**

### Vital Signs
Ht: **72.1** in.  inches

### Body Mass Index in-lb
Height (in): 72.1

### AST to Platelet Ratio Index (APRI)
SGOT (AST): 16
Platelets: 252 THOUSAND/UL

T: **98.6** deg F.  T site: **tympanic**  R: **16**  BP: **137/88**
Radial Pulse rate: 87   Pulse Ox: 99
Blood Pressure: 137/88 mm Hg

### Peak Flow

### MMSE Score
Mental Status: Calm

### Neuro
Is this a neurologic complaint? No

### Current Medication List (prior to visit):

LISINOPRIL-HYDROCHLOROTHIAZIDE 10-12.5 MG TABS (LISINOPRIL-HYDROCHLOROTHIAZIDE) 1
tab po daily; Route: ORAL
SEBEX 2-2 % SHAM (SALICYLIC ACID-SULFUR) apply to scalp and rinse 3x a week; Route: EXTERNAL
MELOXICAM 15MG TABLET (MELOXICAM) Take 1 tab po daily. Back Pain; Route: ORAL
DULOXETINE 30MG CAPSULE (DULOXETINE HCL) 1 cap po daily q pm for neuropathy; Route: ORAL
TIZANIDINE HCL 2 MG ORAL TABLET (TIZANIDINE HCL) 1 tab po daily at bedtime; Route: ORAL

### Nurse SOAP Note-subjective
**Reason for visit:** Emergency Pass
**Chief Complaint:** lower back pain
**Mental Health High-Risk Inquiry Incident:**
### Review of Systems
**General:** Denies fevers,chills,sweats,anorexia,fatigue,malaise,weight loss.

**Cardiovascular:** Denies chest pains, palpitations, syncope, dyspnea on exertion, orthopnea, PND,
peripheral edema.

Exhibit D-1

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*October 18, 2023*
Page 2
Emergency Report

## TREMAYNE DURHAM
Male  DOB:11/04/1974  Booking #:647007  SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

**Respiratory:** Denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.
**Musculoskeletal:** Complains of back pain. Denies joint pain, joint swelling, muscle cramps, muscle weakness, stiffness, arthritis.

## Nurse Physical Exam

### General
**Comments:** Patient arrived in clinic from the gym in a wheelchair via emergency pass c/o lower back pain. Patient reports onset of pain this morning while lifting property in cell. Pain rated 10/10. Nursing protocol provided. Ibuprofen 200 mg-30 tabs given KOP. Patient verbalized understanding. No contraindications noted, patient returned to housing unit. Will refer to provider for further evaluation via scheduler.

### Cardiovascular System
**Skin Temperature:** Normal
**Edema:** No
**Nails:** Pink

### Respiratory System
**Breathing:** Normal
**Cough:** Not Present
**Chest:** Symmetrical

### Breath Sounds
**Pulse Ox:** 99

### Musculoskeletal System
**Evidence of injury:** No
**Upper Extremity Muscle Strength:** Normal
**Right/Left Equal:** Yes
**Lower Extremity Strength** Normal
**Right/Left equal:** Yes
**Comments:** wheelchair

**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes

### Nursing Assessment

### Comfort
  **Diagnosis:** actual
  **Actual Problem evidenced by:** back pain
  **Details/Comments:** Ibuprofen/provider

### Plan
**Problem/Diagnosis List**

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

## TREMAYNE DURHAM
Male  DOB:11/04/1974  Booking #:647007  SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

Other Internal Referral [INRF009]
Basic Metabolic Panel  - 10165 [10165]
Other Restrictions [S099]
Nursing to MD/NP-IMMEDIATE [INRF004]
Infirmary Admission [INRF010]
Referral- Nursing to Mental Health [INRF099]
Sexual Assault (PREA) Referral [INRF012]
Hepatic Function Panel 7  - 10256 [10256]
Other Internal Referral [INRF009]
Other On Site Order [OT010]
Other Internal Referral [INRF009]
Other On Site Order [OT010]
Infirmary Discharge [INRF011]
Other Clearance [S105]
Vital Signs (will print out) [OTP014]
Other Internal Referral [INRF009]
CBC with Diff  - 6399 [6399]
Comprehensive Metabolic Panel  - 10231 [10231]
Hemoglobin A1C  - 496 [496]
Lipid Panel  - 7600 [7600]
TSH (Serum TSH)  - 899 [899]
Urine Analysis  - 5463 [5463]
Vital Signs (will print out) [OTP014]
Housing-Ground Floor ONLY [S013]
Trans-Other Restrictions [S041]
Other (Non Formulary Tests) [0000]
CBC with Diff  - 6399 [6399]
Comprehensive Metabolic Panel  - 10231 [10231]
Hemoglobin A1C  - 496 [496]
Lipid Panel  - 7600 [7600]
TSH (Serum TSH)  - 899 [899]
Cane [EQ007]
Basic Metabolic Panel  - 10165 [10165]
Musculosketal Strain/Overuse Protocol [NP022]
Flatulence (Gas, Belching) or Heartburn Protocol [NP019]
Urine Analysis  - 5463 [5463]
Burns - 1st Degree OR Sunburn Protocol [NP035]
Infirmary Admission [INRF010]
Infirmary Discharge [INRF011]
Other Consult [REF019]
Musculosketal Strain/Overuse Protocol [NP022]
Other Internal Referral [INRF009]

## Orders to be Processed and/or Transcribed

## New or Changed Medications & Immunizations
IBUPROFEN 200 MG ORAL TABLET (IBUPROFEN) 2 tablets 3 times daily for 5 days as needed for back pain; Route: ORAL

Exhibit D-3

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*October 18, 2023*
Page 5
Emergency Report

## TREMAYNE DURHAM
Male  DOB:11/04/1974  Booking #:647007  SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
Musculosketal Strain/Overuse Protocol [NP022]
Other Internal Referral [INRF009]

]

**Electronically Signed by Keisha Scott, RN, BSN on 09/24/2023 at 2:52 PM**

_____

**09/24/2023 - Append: Medical Emergency for lower back pain**
**Provider: Keisha Scott, RN, BSN**
**Location of Care: New Jersey State Prison-Main**

Orders transcribed.

**Electronically Signed by Keisha Scott, RN, BSN on 09/24/2023 at 2:53 PM**

_____

Page: 1

| Ref# NJSP23040612 | Housing:NJSP-WEST-1 RIGHT-FLATS-CELL 05 | Date Created:10/03/2023 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Inquiries | Subject:Custody | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*10/3/2023 9:59:55 AM : ( os01613467 ) wrote*
On 9/23/2023 I was in the gym and I had severe back pain that cascaded down to my legs and I had no way to support myself and I fell, this caused me pain.  I was told by correctional staff previously no canes are allowed in the gym even though I said I needed it.

Communications / Case Actions
*10/3/2023 9:59:55 AM : ( os01613467 ) wrote*
Form has been submitted

*10/3/2023 10:02:43 AM : ( Michael Crawford ) wrote*
This information is correct canes, crutches and wheelchairs are not permitted in the gym area, if you feel your medical condition is worsening you can speak to the medical dept regarding additional care

*10/3/2023 10:02:47 AM : ( Michael Crawford ) wrote*
Closed incarcerated individual form

Page: 1

| Ref# NJSP23040695 | Housing:NJSP-WEST-1 RIGHT-FLATS-CELL 05 | Date Created:10/03/2023 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Grievance | Subject:Administration | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*10/3/2023 6:02:52 PM : ( os01613467 ) wrote*
I reiterate NJSP23040612 This is unacceptable I already talked to several medical staff in regard to my medical condition. On 9/23/2023 I was in the gym when I had excruciating back pain that cascaded down to my legs and I fell this caused me pain. I was told previously I was not allowed to use my cane in the gym by several correctional staff on the rotunda even though I said I need it.

Communications / Case Actions
*10/3/2023 6:02:52 PM : ( os01613467 ) wrote*
Form has been submitted

*10/10/2023 10:42:12 AM : ( Derrick Bodtmann ) wrote*
The major already answered in that inquiry. Due to the safety and security concerns at NJSP canes and the such are not permitted in the gym area.

*10/10/2023 10:42:16 AM : ( Derrick Bodtmann ) wrote*
Closed incarcerated individual form

*10/11/2023 8:01:37 AM : ( os01613467 ) wrote*
Case Appealed.

*10/11/2023 8:01:37 AM : ( os01613467 ) wrote*
This is unacceptable I had severe back pain that cascded down to my legs and I fell this caused me pain, I previously told  correctional staff on rotunda I needed my cane to walk due to my serious back condition but was told it was not allowed in the gym.

*10/16/2023 11:50:20 AM : ( Craig Sears ) wrote*
No canes in the Gym. If you unable to ambulate without your cane then you will not be allowed to go to the gym, just like the inmates housed on unit 3C.

*10/16/2023 11:50:24 AM : ( Craig Sears ) wrote*
Closed appealed incarcerated individual form